IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  10-cr-00539-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW LOOPER,

Defendant.

_____

# ORDER
_____

This matter arises on a Motion for Return of Property [Doc. # 66, filed 7/28/2011] (the

"Motion"), handwritten and filed by defendant Matthew Looper personally, not through counsel.

The Motion reports that Mr. Looper has been sentenced and that he seeks "the timely return of

my property (Wireless Phone) or a formal forfeiture hearing."  The Motion further indicates that

the telephone was seized and held a evidence, although the prosecution "never ended up using it

at all."

Mr. Looper is represented by John Mosby, appointed counsel.  Appointment of Counsel

[Doc. # 18].  Local rule of practice 44.1A, D.C.COLO.LCrR, provides that "[o]nly pro se parties

and members of the bar of this court . . . may appear and sign pleadings, motions, or other

papers. . . ."  Mr. Looper is not proceeding pro se, but is represented by Mr. Mosby.

Consequently, Mr. Looper may proceed only by papers filed by his attorney.

IT IS ORDERED that the Motion [Doc. # 66] is DENIED.

Dated August 2, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge