IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case number 10-cr-00539-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) MATTHEW LOOPER,

Defendant.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that the Pro Se Incarcerated Defendant Matthew Looper's Motion for Return of Property (docket no. 74) is DENIED WITHOUT PREJUDICE. Mr. Looper is represented by John Mosby, appointed counsel. Appointment of Counsel [Doc. # 18]. Local rule of practice 44.1A, D.C.COLO.LCrR, provides that "[o]nly pro se parties and members of the bar of this court . . . may appear and sign pleadings, motions, or other papers. . . ." Mr. Looper is not proceeding pro se, but is represented by Mr. Mosby. Consequently, Mr. Looper may proceed only by papers filed by his attorney.

Date: September 15, 2011