IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 10-cr-00539-REB-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

01-MATTHEW LOOPER,

Defendant,

# ORDER
(DN 74)

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Matthew Looper's Motion to Return of Property (docket no. 74) is GRANTED finding no objection by the Plaintiff USA.  See Response by Plaintiff USA (docket no. 79).   The Plaintiff USA shall return the Motorola Droid II wireless cell phone to Defendant Matthew Looper's Attorney John E. Mosby within fifteen (15) days from the date of this minute order.

    SIGNED AND DATED THIS 29TH DAY OF SEPTEMBER, 2011

                              BY THE COURT:

                              s/Michael J. Watanabe
                              MICHAEL J. WATANABE
                              US Magistrate Judge