# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation of Supervised Release**) |
| v. | Case Numbers: 08-cr-00504-REB-01 and |
| | 10-cr-00539-REB-01 |
| MATTHEW LOOPER | USM Number: 33523-013 |
| | Peter R. Bornstein, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 3, 6, and 7, and was found guilty of violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 02/07/13 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 4, 5, and 8 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 8, 2014
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**July 11, 2014**
Date

DEFENDANT:  MATTHEW LOOPER
CASE NUMBER:  08-cr-00504-REB-01 and 10-cr-00539-REB-01                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of the Law | 09/01/13 |
| 3 | Failure to Submit Written Monthly Reports | 09/30/13 |
| 6 | Failure to Notify Officer of Contact with Law Enforcement | 02/07/13 |
| 7 | Failure to Submit to Drug Testing | 09/27/13 |

DEFENDANT:  MATTHEW LOOPER
CASE NUMBER:  08-cr-00504-REB-01 and 10-cr-00539-REB-01            Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, both cases to run concurrent.

The court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the state and District of Colorado, preferably to FCI Englewood.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal